UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

USA

       - against -

EDWIN HILARIO,

               Defendant.

-----------------------------------------------------X

16 Cr. 00529-04 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and

Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated

December 5, 2017, is approved and accepted.

SO ORDERED.

_____

Nelson S. Román
United States District Judge

Dated: White Plains, NY
      December 13 , 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2017